IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HAROLD M. LAW                                                                                          PLAINTIFF
ADC #109025

v.                                           1:17cv00083-KGB-JJV

SHARYN ROHDER, APN,
North Central Unit, ADC; *et al.*                                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.  The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

>  Clerk, United States District Court
>  Eastern District of Arkansas
>  600 West Capitol Avenue, Suite A149
>  Little Rock, AR 72201-3325

## DISPOSITION

Harold M. Law ("Plaintiff") brought this action *pro se* pursuant to 42 U.S.C. § 1983.  (Doc. Nos. 2, 4.)  He alleges he has been denied timely and appropriate medical treatment for problems with his elbow and shoulder.  (Doc. No. 4 at 4.)  Defendants have filed a Motion to Dismiss and Brief in Support for Plaintiff's failure to prosecute this cause of action.  (Doc. Nos. 17-18.)  After careful review of the Motion and Brief in Support, for the following reasons, I find the Motion to Dismiss should be GRANTED.

On October 3, 2017, Mr. Law initiated this cause of action by filing a pro se Complaint (Doc. No. 2) pursuant to 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights, and an Application to Proceed Without Prepayment of Fees and Affidavit (Application). (Doc. No. 1.)  By Order entered October 4, 2017, Plaintiff's Application was granted and he was informed of his duty to comply with Local Rule of the Court 5.5(c)(2).  (Doc. No. 3 at 5.)

Local Rule 5.5(c)(2) requires a *pro se* plaintiff to "promptly" notify the Clerk of any change in his or her address.  Local Rule 5.5(c)(2) also warns litigants that failure to comply with this rule may result in dismissal of the cause of action.

Defendants have provided evidence that Plaintiff has failed to comply with Local Rule 5.5(c)(2). Correspondence mailed by Defendants to Plaintiff was returned as undeliverable and reveals Mr. Law is no longer at the address of record for this cause of action. (Doc. No. 17-1 at 1.) Additionally, my search of the Arkansas Department of Correction (ADC) Inmate Population Information Search website reveals Mr. Law is no longer in custody.

*Pro se* litigants are required to follow the same rules of procedure, including the local court rules that govern other litigants. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992); *Jarzynka v. St. Thomas Univ. of Law*, 310 F. Supp. 2d 1256, 1264 (S.D. Fla. 2004). Plaintiff has failed to comply with the Local Rules of the Court and it is recommended that this cause of action be DISMISSED without prejudice.

IT IS, THEREFORE, RECOMMENDED THAT:

1. Plaintiff's Complaint (Doc. Nos. 2, 4.) should be DISMISSED without prejudice.

2. The Court should certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendation and an accompanying Judgment would not be taken in good faith.

Dated this 8th day of February, 2018.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE