IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HAROLD M. LAW,
ADC #109025                                                                          PLAINTIFF

v.                         Case No. 1:17-cv-00083-KGB-JJV

SHARYN ROHDER, APN,
North Central Unit, ADC, *et al.*                                                    DEFENDANTS

**ORDER**

Before the Court are Proposed Findings and Recommendations filed by United States Magistrate Judge Joe J. Volpe (Dkt. No. 5). No objections to the Proposed Findings and Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. Plaintiff Harold M. Law's claims against defendants Karen Elaine Payne, M. Hall, and Ray Griffen are dismissed without prejudice for failure to state a viable claim against them.

Also before the Court are additional Proposed Findings and Recommendations filed by United States Magistrate Judge Joe J. Volpe (Dkt. No. 19). No objections to the additional Proposed Findings and Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. Mr. Law's complaint is hereby dismissed without prejudice for failure to prosecute (Dkt. Nos. 2, 4). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 15th day of May, 2018.

Kristine G. Baker
United States District Judge