IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HAROLD M. LAW,
ADC #109025                                                              PLAINTIFF

v.                      Case No. 1:17-cv-00083-KGB-JJV

SHARYN ROHDER, APN,
North Central Unit, ADC, *et al*.                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, plaintiff Harold M. Law's claims are dismissed without prejudice.

So adjudged this 15th day of May, 2018.

_____
Kristine G. Baker
United States District Judge